■ In the Matter of RENEE M. EBERHARD, Respondent, v JOHN T. BRECHUE, JR., Appellant. (Appeal No. 2.) [703 NYS2d 799] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Eberhard v Brechue* (269 AD2d 852 [decided herewith]). (Appeal from Order of Niagara County Family Court, Batt, J.—Support.) Present—Green, A. P. J., Hayes, Pigott, Jr., and Balio, JJ.